# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:                                    Case No.  21-11145-AIH

KENNETH A GALM,                           Chapter 7

                     Debtor(s).           Judge:  Arthur I. Harris

## NOTICE OF TELEPHONIC MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the Meeting of Creditors to be held pursuant to 11 U.S.C. § 341, scheduled for 05/10/2021 at 11:00 AM (the "Meeting"), will not be held in person.  Rather, the meeting will proceed as scheduled via telephone conference.

The Meeting may be accessed by dialing the following at the date and time of the Meeting:

| Telephone Number | Participant Passcode |
|---|---|
| 1-866-687-3489 | 4097562 |

Further instructions for accessing the Meeting are attached hereto and incorporated herein by reference.

Respectfully Submitted,

/s/ Robert D. Barr, Trustee
Robert D. Barr
Chapter 7 Trustee
1111 Superior Avenue East, Suite 2500
Cleveland, Ohio 44114
Phone: (216) 744-2739
Email:  barr-trustee@koehler.law

## INSTRUCTIONS FOR TELEPHONIC MEETING OF CREDITORS

- You must use a touch-tone phone.

- If you have a choice, use a landline phone, instead of a cell phone.

- Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.

- Make the call from a quiet area where there is as little background noise as possible.

- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)

- Unmute your phone when the trustee calls your case so that the trustee can hear you.

- Wait until the trustee calls your case before speaking because more than one case may be waiting on the conference line at any given time.

- When speaking, identify yourself.

- Do not put the phone on hold at any time after the call is connected.

- Once your meeting of creditors is finished, hang up.

- If you become disconnected before your meeting of creditors is finished, call back.

- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

## <u>CERTIFICATE OF SERVICE</u>

**I hereby certify that a copy of the foregoing was electronically transmitted on the date of the filing of the above Notice, via the Court's ECF system, to all parties on the Court's Electronic Mail Notice List:**

Debtor's Counsel

U.S. Trustee

Parties Entering Appearance and Requesting Notice


<u>/s/ Robert D. Barr, Trustee</u>
Robert D. Barr
Chapter 7 Trustee